UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LYNN WATERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 08-928-JPG |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS ORDERED AND ADJUDGED that this case is dismissed with prejudice, without costs.

DATED:  June 29, 2010

NANCY J. ROSENSTENGEL, Clerk of Court

BY:s/Deborah Agans, Deputy Clerk

APPROVED:  _s/J. Phil Gilbert_
　　　　　　　J. PHIL GILBERT
　　　　　　　U. S. DISTRICT JUDGE